1   DAVID F. MCDOWELL (CA SBN 125806)
    DMcDowell@mofo.com
2   PURVI G. PATEL (CA SBN 270702)
    PPatel@mofo.com
3   *Application for admission forthcoming*
    MORRISON & FOERSTER LLP
4   555 West Fifth Street, Suite 3500
    Los Angeles, California  90013
5   Telephone: 213.892.5200
    Facsimile: 213.892.5454
6
7   Attorneys for Defendant
    TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA ARECHIGA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>TARGET CORPORARTION, a Minnesota corporation,<br><br>                    Defendant. | Case No. 3:11-cv-00844 CRB<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT [L.R. 6-1(a)]**<br><br>Hon. Charles R. Breyer<br><br>Complaint Filed: February 23, 2011 |

## STIPULATION

Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the Northern District of California, Plaintiff Melissa Arechiga ("Plaintiff") and Defendant Target Corporation ("Target"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on February 23, 2011, and served Target with the Complaint on or about February 25, 2011;

WHEREAS, under Federal Rule of Civil Procedure 12(a), Target's deadline to respond to the Complaint is March 18, 2011;

WHEREAS, the parties have agreed that the deadline for Target to respond to the Complaint shall be extended by thirty-one (31) days to and including April 18, 2011; and

WHEREAS, the extension of time for Target to answer or otherwise respond to the Complaint will not alter the date of any event or deadline already fixed by the Court;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that Target shall have to and included April 18, 2011, to answer or otherwise respond to the Complaint.

Dated: March 17, 2011

DAVID F. MCDOWELL
PURVI G. PATEL
MORRISON & FOERSTER LLP

By: /s/ David F. McDowell
DAVID F. MCDOWELL

Attorneys for Defendant
TARGET CORPORATION

Dated: March 17, 2011

H. TIM HOFFMAN
ARTHUR WILLIAM LAZEAR
CHAD A. SAUNDERS
HOFFMAN & LAZEAR

NEWMAN GUTHRIE STRAWBRIDGE
LAW OFFICE OF NEWMAN STRAWBRIDGE

By: /s/ H. Tim Hoffman
H. TIM HOFFMAN

Attorneys for Plaintiffs

Signed: March 22, 2011

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA