DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013
Telephone: 213.892.5200
Facsimile: 213.892.5454

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA ARECHIGA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:11-cv-00844-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Charles R. Breyer |

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
11-CV-00844-CRB
sf-2991046

1     WHEREAS, Plaintiff filed the Complaint in this action on February 23, 2011;

2     WHEREAS, Defendant Target Corporation ("Target") filed its Answer to the Complaint on May 2, 2011;

4     WHEREAS, the case management conference in this case is currently set for June 3, 2011;

6     WHEREAS, the parties have conferred regarding their claims and defenses and are continuing to confer about these issues;

8     WHEREAS, the parties have agreed that this process may facilitate an efficient resolution of this case and that additional time is required to complete this process.

10     The parties hereby stipulate and respectfully request that the Court continue the Case Management Conference until July 29, 2011 or a date thereafter that is convenient for the Court. The parties will file their joint case management statement at least 10 days before the scheduled Case Management Conference.

Dated: May 6, 2011

H. TIM HOFFMAN  
ARTHUR W. LAZEAR  
CHAD A. SAUNDERS  
HOFFMAN & LAZEAR

By:   /s/ Chad A. Saunders  
      CHAD A. SAUNDERS

Attorneys for Plaintiff  
MELISSA ARECHIGA

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE  
11-CV-00844-CRB  
sf-2991046

2

.Dated: May 6, 2011      DAVID F. MCDOWELL
TIFFANY CHEUNG
MORRISON & FOERSTER LLP

By:    /s/ Tiffany Cheung
        TIFFANY CHEUNG

Attorneys for Defendant
TARGET CORPORATION

### ECF ATTESTATION

I, Tiffany Cheung, am the ECF User whose ID and Password are being used to file this:

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

In compliance with General Order 45, X.B., I hereby attest that Chad A. Saunders concurred in this filing.

Dated: May 6, 2011      MORRISON & FOERSTER LLP

By:    /s/ Tiffany Cheung
        Tiffany Cheung

**IT IS SO ORDERED.**

DATED:    May 10, 2011      By: _____
        Judge Charles R. Breyer

*IT IS SO ORDERED* — Judge Charles R. Breyer (stamp/seal: United States District Court, Northern District of California)