DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013
Telephone: 213.892.5200
Facsimile: 213.892.5454

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA ARECHIGA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:11-cv-00844-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Charles R. Breyer |
| this document relates to related cases:<br>C-11-1274CRB, Akel v Target<br>C-11-2208CRB, Brown v Target<br>C-11-2784CRB, Green v Target | |

1  WHEREAS, Plaintiffs filed the Complaints in these related actions during the time period
2  of February through April 2011;
3  WHEREAS, the most recently filed related case was reassigned to this Court on July 5,
4  2011;
5  WHEREAS, the case management conference for these related cases is currently set for
6  July 28, 2011;
7  WHEREAS, the parties have been conferring on issues regarding their claims and
8  defenses and are continuing to confer about these issues;
9  WHEREAS, the parties have informally exchanged information and documents and
10  require additional time to evaluate this information;
11  WHEREAS, the parties agree that they may be able to fully resolve these cases through
12  this informal process.
13  The parties hereby stipulate and respectfully request that the Court continue the Case
14  Management Conference until September 4, 2011 or a date thereafter that is convenient for the
15  Court. Consistent with the Court's July 18, 2011 Notice, the parties will file their joint case
16  management statement at least seven days before the scheduled Case Management Conference.

17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
11-CV-00844-CRB
sf-3023247

2

| | | |
|---|---|---|
| Dated: July 21, 2011 | HOFFMAN & LAZEAR | |
| | By: | /s/ Chad A. Saunders<br>CHAD A. SAUNDERS |
| | | Attorneys for Plaintiff<br>MELISSA ARECHIGA |
| Dated: July 21, 2011 | AIMAN-SMITH & MARCY | |
| | By: | /s/ Hallie Von Rock<br>HALLIE VON ROCK |
| | | Attorneys for Plaintiff<br>MICHELLE BROWN |
| Dated: July 21, 2011 | PATTERSON LAW GROUP | |
| | By: | /s/ James R. Patterson<br>JAMES R. PATTERSON |
| | | Attorneys for Plaintiff<br>EYAD O. AKEL |
| Dated: July 21, 2011 | INITIATIVE LAW GROUP | |
| | By: | /s/ Miriam Schimmel<br>MIRIAM SCHIMMEL |
| | | Attorneys for Plaintiff<br>ANDRE GREEN |

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
11-CV-00844-CRB
sf-3023247

3

| | | |
|---|---|---|
| 1 | .Dated: July 21, 2011 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ Tiffany Cheung |
| | | TIFFANY CHEUNG |
| 4 | | |
| 5 | | Attorneys for Defendant |
| | | TARGET CORPORATION |

### ECF ATTESTATION

I, Tiffany Cheung, am the ECF User whose ID and Password are being used to file this:

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

In compliance with General Order 45, X.B., I hereby attest that Chad A. Saunders, Hallie Von Rock, James R. Patterson, and Miriam Schimmel concurred in this filing.

Dated: July 21, 2011                    MORRISON & FOERSTER LLP


                                        By:  /s/ Tiffany Cheung
                                             Tiffany Cheung


Case management conference continued until Friday, September 2, 2011 at 8:30 a.m.

**IT IS SO ORDERED.**

DATED:   July 22, 2011              By: _____
                                        Judge Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge Charles R. Breyer]*

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
11-CV-00844-CRB
sf-3023247

3