DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013
Telephone: 213.892.5200
Facsimile: 213.892.5454

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA ARECHIGA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:11-cv-00844-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Charles R. Breyer |
| this document relates to related cases:<br>C-11-1274CRB, Akel v Target<br>C-11-2208CRB, Brown v Target | |

WHEREAS, Plaintiffs filed the above Complaints in these related actions during the time period of February through April 2011;

WHEREAS, two actions against Target Corporation ("Target") related to those identified above have been voluntarily dismissed;

WHEREAS, the case management conference for the remaining related cases is currently set for September 2, 2011;

WHEREAS, the parties have been conferring on issues regarding their claims and defenses and are continuing to confer about these issues;

WHEREAS, the parties have informally exchanged information and documents and require additional time to complete this informal process;

WHEREAS, the parties agree that they may be able to fully resolve these cases through this process.

The parties hereby stipulate and respectfully request that the Court continue the Case Management Conference until September 23, 2011 or a date thereafter that is convenient for the Court. The parties will file their joint case management statement at least seven days before the scheduled Case Management Conference.

| | | |
|---|---|---|
| 1 | Dated: August 23, 2011 | HOFFMAN & LAZEAR |
| 2 | | |
| 3 | | By: /s/ Chad A. Saunders |
| 4 | | CHAD A. SAUNDERS |
| 5 | | Attorneys for Plaintiff<br>MELISSA ARECHIGA |
| 6 | | |
| 7 | Dated: August 23, 2011 | AIMAN-SMITH & MARCY |
| 8 | | |
| 9 | | By: /s/ Hallie Von Rock |
|  | | HALLIE VON ROCK |
| 10 | | Attorneys for Plaintiff<br>MICHELLE BROWN |
| 11 | | |
| 12 | Dated: August 23, 2011 | PATTERSON LAW GROUP |
| 13 | | |
| 14 | | By: /s/ James R. Patterson |
| 15 | | JAMES R. PATTERSON |
| 16 | | Attorneys for Plaintiff<br>EYAD O. AKEL |

JOINT STIP. AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
11-CV-00844-CRB
sf-3035998

3

1   .Dated: August 23, 2011                    MORRISON & FOERSTER LLP

3                                              By:    /s/ Tiffany Cheung
                                                     TIFFANY CHEUNG

                                                     Attorneys for Defendant
                                                     TARGET CORPORATION

### ECF ATTESTATION

I, Tiffany Cheung, am the ECF User whose ID and Password are being used to file this:

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

In compliance with General Order 45, X.B., I hereby attest that Chad A. Saunders, Hallie Von Rock, and James R. Patterson concurred in this filing.

Dated: August 23, 2011                         MORRISON & FOERSTER LLP

                                               By:    /s/ Tiffany Cheung
                                                     Tiffany Cheung

**IT IS SO ORDERED.**

DATED:  August 24, 2011                        By: _____
                                                     Judge Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer