H. Tim Hoffman (SBN 049141)
Arthur W. Lazear (SBN 083603)
Chad A. Saunders (SBN 257810)
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel:      510.763.5700
Fax:      510.835.1311
Email: cas@hoffmanandlazear.com

Newman Strawbridge (SBN 171360)
LAW OFFICE OF NEWMAN
STRAWBRIDGE
719 Orchard Street
Santa Rosa, CA 95404
Tel:      707.523.3377

Attorneys for Plaintiff
MELISSA ARECHIGA

DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013
Telephone: 213.892.5200
Facsimile: 213.892.5454

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA ARECHIGA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:11-cv-00844-CRB<br><br>CLASS ACTION<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLASS ACTION COMPLAINT AND FOR WAIVER OF FEES AND COSTS BY PLAINTIFF AND DEFENDANT**<br><br>Complaint Filed:      February 23, 2011<br>Trial Date:      Not Set |

CASE NO. 3:11-cv-00844-CRB

STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLASS ACTION COMPLAINT, AND FOR WAIVER OF
FEES AND COSTS BY PLAINTIFF AND DEFENDANT

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, plaintiff Melissa Arechiga ("Plaintiff") filed a complaint on February 23, 2011, alleging violations of California's Song-Beverly Credit Card Act (the "Action") against defendant Target Corp. ("Defendant," and with Plaintiff, the "Stipulating Parties"); and

WHEREAS, the Stipulating Parties have exchanged extensive informal discovery during the past several months, including Plaintiff's relevant credit card statements, Defendant's relevant policy and procedure documents, records of Plaintiff's relevant purchase transactions with Defendant, and declarations by one of Defendant's employees knowledgeable about the issues relevant to the Action; and

WHEREAS, Plaintiff believes that, if true, the information provided by Defendant thus far would likely defeat her claims asserted in the Complaint and that the costs of continuing to litigate this case are now higher than her likelihood of success; and

WHEREAS, no consideration, either direct or indirect, has been given in exchange for the dismissal with prejudice of the Action; and

WHEREAS, the Stipulating Parties have agreed to each bear their own attorneys' fees and costs related to the Action and its dismissal.

NOW, THEREFORE, the Stipulating Parties hereby stipulate and request that the Court approve this stipulated voluntary dismissal and dismiss the Action, and all causes of action alleged therein, with prejudice, as to all Defendants and order the Stipulating Parties to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: October 14, 2011                              HOFFMAN & LAZEAR


By ___/s/ Chad A. Saunders_____
Chad A. Saunders
Attorneys for Plaintiff Melissa Arechiga

STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLASS ACTION COMPLAINT, AND FOR WAIVER OF FEES AND COSTS BY PLAINTIFF AND DEFENDANT

1

Dated: October 14, 2011                                    MORRISON & FOERSTER LLP

2

3                                                          By ____/s/ Tiffany Cheung_____
                                                               Tiffany Cheung
4                                                              Attorneys for Defendant TARGET CORP.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLASS ACTION COMPLAINT, AND FOR WAIVER OF
FEES AND COSTS BY PLAINTIFF AND DEFENDANT

1

## [PROPOSED] ORDER

2        The Court, having reviewed the above stipulation of the Stipulating Parties, HEREBY

3  ORDERS THAT:

4        1.      The action filed by plaintiff Melissa Arechiga entitled *Arechiga v. Target*

5  *Corporation*, Case No. 3:11-cv-00844-CRB (the "Action"), is hereby voluntarily dismissed, with

6  prejudice, in its entirety, including all causes of action therein, as to all defendants; and

7        2.      The Stipulating Parties are to bear their own attorneys' fees and costs in connection

8  with the Action and its dismissal.

9

10       **IT IS SO ORDERED**.

11

12  Dated: October 18, 2011

13

14       _____

15       Hon. Charles R. Breyer
         United States District

16

17  

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLASS ACTION COMPLAINT, AND FOR WAIVER OF FEES AND COSTS BY PLAINTIFF AND DEFENDANT