| | |
|---|---|
| H. Tim Hoffman (SBN 049141)<br>Arthur W. Lazear (SBN 083603)<br>Chad A. Saunders (SBN 257810)<br>HOFFMAN & LAZEAR<br>180 Grand Avenue, Suite 1550<br>Oakland, California 94612<br>Tel:      510.763.5700<br>Fax:     510.835.1311<br>Email: cas@hoffmanandlazear.com | DAVID F. MCDOWELL (CA SBN 125806)<br>DMcDowell@mofo.com<br>MORRISON & FOERSTER LLP<br>555 West Fifth Street, Suite 3500<br>Los Angeles, California 90013<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454 |
| Newman Strawbridge (SBN 171360)<br>LAW OFFICE OF NEWMAN STRAWBRIDGE<br>719 Orchard Street<br>Santa Rosa, CA 95404<br>Tel:      707.523.3377 | TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522 |
| Attorneys for Plaintiff<br>MELISSA ARECHIGA | Attorneys for Defendant<br>TARGET CORPORATION |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA ARECHIGA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:11-cv-00844-CRB<br><br>CLASS ACTION<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLASS ACTION COMPLAINT AND FOR WAIVER OF FEES AND COSTS BY PLAINTIFF AND DEFENDANT**<br><br>Complaint Filed:   February 23, 2011<br>Trial Date:              Not Set |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, plaintiff Melissa Arechiga ("Plaintiff") filed a complaint on February 23, 2011, alleging violations of California's Song-Beverly Credit Card Act (the "Action") against defendant Target Corp. ("Defendant," and with Plaintiff, the "Stipulating Parties"); and

WHEREAS, the Stipulating Parties have exchanged extensive informal discovery during the past several months, including Plaintiff's relevant credit card statements, Defendant's relevant policy and procedure documents, records of Plaintiff's relevant purchase transactions with Defendant, and declarations by one of Defendant's employees knowledgeable about the issues relevant to the Action; and

WHEREAS, Plaintiff believes that, if true, the information provided by Defendant thus far would likely defeat her claims asserted in the Complaint and that the costs of continuing to litigate this case are now higher than her likelihood of success; and

WHEREAS, no consideration, either direct or indirect, has been given in exchange for the dismissal with prejudice of the Action; and

WHEREAS, the Stipulating Parties have agreed to each bear their own attorneys' fees and costs related to the Action and its dismissal.

NOW, THEREFORE, the Stipulating Parties hereby stipulate and request that the Court approve this stipulated voluntary dismissal and dismiss the Action, and all causes of action alleged therein, with prejudice, as to all Defendants and order the Stipulating Parties to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: October 14, 2011                    HOFFMAN & LAZEAR

                                           By ___/s/ Chad A. Saunders___
                                           Chad A. Saunders
                                           Attorneys for Plaintiff Melissa Arechiga

STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLASS ACTION COMPLAINT, AND FOR WAIVER OF FEES AND COSTS BY PLAINTIFF AND DEFENDANT

| | | |
|---|---|---|
| 1 | Dated: October 14, 2011 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By   /s/ Tiffany Cheung |
| 4 | | Tiffany Cheung |
| | | Attorneys for Defendant TARGET CORP. |

STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLASS ACTION COMPLAINT, AND FOR WAIVER OF FEES AND COSTS BY PLAINTIFF AND DEFENDANT

[PROPOSED] ORDER

The Court, having reviewed the above stipulation of the Stipulating Parties, HEREBY ORDERS THAT:

1. The action filed by plaintiff Melissa Arechiga entitled *Arechiga v. Target Corporation*, Case No. 3:11-cv-00844-CRB (the "Action"), is hereby voluntarily dismissed, with prejudice, in its entirety, including all causes of action therein, as to all defendants; and

2. The Stipulating Parties are to bear their own attorneys' fees and costs in connection with the Action and its dismissal.

**IT IS SO ORDERED.**

Dated: October 18, 2011



Hon. Charles R. Breyer
United States District

STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLASS ACTION COMPLAINT, AND FOR WAIVER OF FEES AND COSTS BY PLAINTIFF AND DEFENDANT